UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN CALLAHAN,<br><br>Plaintiff,<br><br>v.<br><br>HSBC SECURITIES (USA) INC., HSBC NORTH AMERICA HOLDINGS INC., AND HSBC HOLDINGS PLC,<br><br>Defendants. | Case No.: 1:22-cv-08621-JPO<br><br>Hon. J. Paul Oetken<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT HSBC HOLDINGS PLC'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) and 12(B)(6)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated February 6, 2023, and in accordance with the schedule adopted by the Court by Order dated December 29, 2022 (ECF No. 17), the undersigned counsel for Defendant HSBC Holdings plc will move this Court, before the Honorable J. Paul Oetken, United States District Judge, in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by this Court, for an order dismissing the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

Dated: February 6, 2023
New York, New York

      Respectfully submitted,

      */s/ Tracy Richelle High*

      Tracy Richelle High (*hight@sullcrom.com*)
      William S. Wolfe (*wolfew@sullcrom.com*)
      SULLIVAN & CROMWELL LLP
      125 Broad Street
      New York, New York 10004-2498
      Telephone: (212) 558-4000
      Facsimile: (212) 558-3588

      Julia M. Jordan (*jordanj@sullcrom.com*)
      SULLIVAN & CROMWELL LLP
      1700 New York Avenue, N.W., Suite 700
      Washington, D.C. 20006
      Telephone: (202) 956-7500
      Facsimile: (202) 956-7676

      *Attorneys for Defendant HSBC Holdings PLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN CALLAHAN,<br><br>       Plaintiff,<br><br>  v.<br><br>HSBC SECURITIES (USA) INC., HSBC NORTH AMERICA HOLDINGS INC., AND HSBC HOLDINGS PLC,<br><br>       Defendants. | Case No.: 1:22-cv-08621-JPO<br><br>Hon. J. Paul Oetken<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT HSBC NORTH AMERICA HOLDINGS INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated February 6, 2023, and in accordance with the schedule adopted by the Court by Order dated December 29, 2022 (ECF No. 17), the undersigned counsel for Defendant HSBC North America Holdings Inc. will move this Court, before the Honorable J. Paul Oetken, United States District Judge, in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by this Court, for an order dismissing the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

Dated: February 6, 2023
       New York, New York

                                      Respectfully submitted,

                                      */s/ Tracy Richelle High*

Tracy Richelle High (*hight@sullcrom.com*)
William S. Wolfe (*wolfew@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Julia M. Jordan (*jordanj@sullcrom.com*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Facsimile: (202) 956-7676

*Attorneys for Defendant HSBC North America Holdings Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN CALLAHAN,<br><br>        Plaintiff,<br><br>  v.<br><br>HSBC SECURITIES (USA) INC., HSBC NORTH AMERICA HOLDINGS INC., AND HSBC HOLDINGS PLC,<br><br>        Defendants. | Case No.:  1:22-cv-08621-JPO<br><br>Hon. J. Paul Oetken<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT HSBC SECURITIES (USA) INC.'S NOTICE OF MOTION
TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated February 6, 2023, and in accordance with the schedule adopted by the Court by Order dated December 29, 2022 (ECF No. 17), the undersigned counsel for Defendant HSBC Securities (USA) Inc. will move this Court, before the Honorable J. Paul Oetken, United States District Judge, in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by this Court, for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

-2-

Dated: February 6, 2023
       New York, New York

                        Respectfully submitted,

                        */s/ Tracy Richelle High*

                        Tracy Richelle High (*hight@sullcrom.com*)
                        William S. Wolfe (*wolfew@sullcrom.com*)
                        SULLIVAN & CROMWELL LLP
                        125 Broad Street
                        New York, New York 10004-2498
                        Telephone: (212) 558-4000
                        Facsimile: (212) 558-3588

                        Julia M. Jordan (*jordanj@sullcrom.com*)
                        SULLIVAN & CROMWELL LLP
                        1700 New York Avenue, N.W., Suite 700
                        Washington, D.C. 20006
                        Telephone: (202) 956-7500
                        Facsimile: (202) 956-7676

                        *Attorneys for Defendant HSBC Securities (USA) Inc.*